# In the United States Court of Federal Claims

No. 12-843 T

(Filed October 17, 2013)

```
* * * * * * * * * * * * * * * * * * * *
NEVADA CONTROLS, LLC,          *
                               *
            Plaintiff,         *
                               *
      v.                       *
                               *
THE UNITED STATES,             *
                               *
            Defendant.         *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

On October 15, 2013, defendant filed an Unopposed Motion for Stay based on the lapse in appropriations to the Department of Justice and the Department of the Treasury as of September 30, 2013.  The government requests that this case be "stayed until such point as funding is restored," and further requests that "its current briefing deadline [of October 21, 2013] be extended by a number of days equal to the duration of the lapse in appropriations."  As of October 17, 2013, appropriations to the Department of Justice and the Department of the Treasury are restored.  Therefore, the court denies defendant's request for a stay.  However, the court grants defendant's request for an extension of the deadline for the filing of defendant's reply in support of its renewed motion to dismiss commensurate with the 16-day lapse in appropriations.

Accordingly, it is hereby **ORDERED** that:

(1)   Defendant's Unopposed Motion for Stay is **DENIED** as moot; and

(2)   Defendant shall **FILE** its **Reply** in support of its Renewed Motion to Dismiss on or before **November 4, 2013**.

<u>/s/Lynn J. Bush</u>
LYNN J. BUSH
Judge